DAVID VOGEL, INC., Respondent, v. DOROTHY S. FRANCKE, as Executrix of JOHN S. SPRAKER, Deceased, et al., Appellants.—

In view of this conclusion it is unnecessary to pass on the other errors assigned in the management of the trial. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.